# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TODD MATTHEW JONES | Case No.: 4:19-CR-00042-CDL-MSH-1 |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **Todd Jones** has moved the Court to continue the pre-trial hearing of his case, presently scheduled for December 23, 2019. The Government does not oppose this motion. Defendant was arraigned on November 21, 2019, and is currently in custody. Additional time is needed for discovery review, pretrial investigation, legal research and to enter into plea negotiations between the defendant and government if warranted. The Court finds that it is in the interests of justice to allow the parties to complete discovery review, pretrial investigation and legal research and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 21] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's March 16, 2020 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this 4th day of December 2019.

                                                s/Clay D. Land
                                                HONORABLE CLAY D. LAND
                                                UNITED STATES DISTRICT COURT