**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TODD MATTHEW JONES** | **Case No.: 4:19-CR-00042-CDL-MSH-1** |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **Todd Jones** has moved the Court to continue the pre-trial hearing of his case, presently scheduled for August 3, 2020. The Government does not oppose this motion. Defendant was arraigned on November 21, 2019, and is currently in custody. Additional time is needed to meet with the client once in person restrictions are lifted to further review his protected discovery. The Court finds that it is in the interests of justice to allow the parties to complete pretrial meetings and the review of protected discovery and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 34] is **GRANTED**, and it is hereby ordered that this case shall be continued until January 2021 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this 27th day of July 2020.

S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT